UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


**JERMAINE SANFORD,**
   Plaintiff,

                      Civil No.**08-12585**
                      Hon. John Feikens

   v.


**DEPARTMENT OF LABOR AND**
**ECONOMIC GROWTH, et al**,

   Defendant.

_____/


## ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

  The Court having reviewed the Magistrate Judge's Report and Recommendation, filed on 11/04/2008, and noted that no objections were filed by either party,

  **IT IS ORDERED** that the Report is accepted and entered as the findings and conclusions of this court.

                  **s/John Feikens**
                  John Feikens
                  United States District Judge

Dated: December 10, 2008

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on December 10, 2008.

s/Carol Cohron
Deputy Clerk